IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH ANN SMITH,<br><br>              Plaintiff,<br><br>    vs.<br><br>HANNA BASKERVILLE, PayPal/EBAY-MYHR; and HEATHER ANDRUS, Sedgwick CMS;<br><br>              Defendants. | 8:13CV54<br><br>**MEMORANDUM AND ORDER** |

Pursuant to the Court's Order of July 31, 2013, Plaintiff was given until November 120 days to serve a summons on Hanna Baskerville from PayPal/EBAY-MYHR and Heather Andrus from Sedgwick CMS (Filing No. 7) in the manner prescribed on page 7 and 8 of the order. During a hearing held on September 11, 2013, Defendant acknowledged she was aware of her responsibility to serve Defendants and acknowledged the time in which she had to do so. To date, plaintiff has not filed any return of service indicating service on the defendants and the defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until January 10, 2014 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 18th day of December, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge