IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH ANN SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HANNA BASKERVILLE, PayPal/EBAY-MYHR; and HEATHER ANDRUS, Sedgwick CMS;<br><br>　　　　　　　Defendants. | 8:13CV54<br><br>FINDINGS AND RECOMMENDATION |

　　　　Pursuant to the Court's Order of July 31, 2013, Plaintiff was given 120 days to serve a summons on Hanna Baskerville from PayPal/EBAY-MYHR and Heather Andrus from Sedgwick CMS (Filing No. 7) in the manner prescribed on page 7 and 8 of the order.  Based on the court's record, the plaintiff's complaint was not served on the defendants and the defendants have not voluntarily appeared.  The court ordered the plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and warned that absent a timely response, this case may be dismissed without further notice. (Filing No. 14).  The deadline for responding to the show cause order was January 10, 2014.  No response was filed.

　　　　Accordingly,

　　　　IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiff's complaint be dismissed for want of prosecution.

　　　　The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

　　　　Dated this 21st day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge